**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-8552**

———————

ELTON E. COLEMAN,

Plaintiff - Appellant,

versus

HUNTER RENTZ, Doctor, Director of Medical
Services for SCDC; PARKER EVATT, Director of
Bureau of Prisons, SCDC; JAMES L. HARVEY,
Regional Administrator; LINDA DUNLAP, BRCI,
RN; MINNIE WILLIAMS, RN, Supervisor of Shift;
DOCTOR ELLIOTT, MD, Unit BRCI, known as Broad
River Correctional Unit; in their individual
and/or official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-95-658-6-20)

———————

Submitted:  August 22, 1996          Decided:  September 3, 1996

———————

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Elton E. Coleman, Appellant Pro Se. Henry Ronald Stanley, Columbia,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coleman v. Rentz</u>, No. CA-95-658-6-20 (D.S.C. Nov. 28, 1995). We deny Appellant's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>